IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| SIMPLEX, INC., an Illinois Corporation, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 12-3101 |
| | ) |
| GLOBAL SOURCE ONE INTERNATIONAL, INC., a California Corporation; and AMERICAN GUARD SERVICES, INC., a California Corporation, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

OPINION

SUE E. MYERSCOUGH, U.S. District Judge.

On September 23, 2013, this Court granted in part and denied in part the Motion for Default Judgment filed by Plaintiff Simplex, Inc. against Defendant Global Source One International, Inc. (Global Source One).  See Opinion, d/e 34.  The Court granted a default judgment in favor of Simplex and against Global Source One on Counts I and II of the Complaint.  The Court denied, without prejudice, Simplex's request for attorney's fees because the Court could not determine which fees were incurred for matters related solely to Global Source One.

On November 19, 2013, Simplex filed a Motion for Attorney's Fees (d/e 37). Simplex provides a revised affidavit in support of attorney's fees that includes only the fees incurred pursuing the claims against Global Source One and apportioning by half the time on work common to both Defendants. Simplex seeks attorney's fees in the amount of $6,023.75.

Upon review of the affidavit and the itemization attached thereto, the Court finds that Simplex reasonably incurred $6,023.75 in attorney's fees related to Simplex's claim against Global Source One. Therefore, Global Source One is indebted to Simplex in the amount of $6,023.75 in attorney's fees based on the breach of the agreements as alleged in Count I of the Complaint and supported by the affidavit.

NOW, THEREFORE, Plaintiff Simplex, Inc.'s Motion for Attorney's Fees Against Defendant, Global Source One International, Inc. (d/e 37) is GRANTED. Judgment is entered in favor of Plaintiff Simplex, Inc. and against Defendant, Global Source One International, Inc., for attorney's fees in the amount of $6,023.75.

ENTER: December 30, 2013

FOR THE COURT:

                                                s/ Sue E. Myerscough
                                             SUE E. MYERSCOUGH
                                    UNITED STATES DISTRICT JUDGE